JUSTICE MORRIS
dissents.
¶22 I respectfully dissent. Section 25-2-115, MCA, recognizes that more than one county may serve as a proper place of trial on a tort action. The Court determines that Yellowstone County constitutes the only appropriate venue for this action. As we held in Circle S Seeds, however, a tort is committed for the purposes of determining venue “where there is a concurrence of breach of obligation and an occasion of damages.” Circle S Seeds, ¶ 18. As the District Court noted, this litigation involved an alleged representation made by Savage and a resulting injury to Deichl in Silver Bow County. The elements of the *290 alleged tort of negligent misrepresentation had not been realized fully until Deichl suffered the injuries in Silver Bow County. Deichl had no cause of action until the horse threw him and he suffered the consequent damages. He hit the ground in Silver Bow County.
CHIEF JUSTICE McGRATH joins in the foregoing dissent.